IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHAN J. PEACHEY ELDER,** : | Civil No. 1:21-CV-1186 |
| : | |
| **Plaintiff,** : | |
| : | (Judge Sylvia H. Rambo) |
| v. : | |
| : | |
| **JUDGE DEBORAH E. CURCILLO,** : | |
| et al., : | |
| : | |
| **Defendants.** : | |

## O R D E R

AND NOW, this 23rd day of August, 2022, upon consideration of the magistrate judge's Report and Recommendation (Doc. 4) which recommends Plaintiff Elder's complaint be dismissed due to Plaintiff's failure to serve the summons or complaint upon the defendants, and noting that no objections to the report and recommendation have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), IT IS HEREBY ORDERED as follows:

1) The Report and Recommendation (Doc. 4) is ADOPTED;

2) The instant action is DISMISSED without prejudice for lack of jurisdiction over the named defendants; and

3) The Clerk of Court is DIRECTED to close this case.

s/Sylvia H. Rambo<br>United States District Judge